UNITED STATES OF AMERICA
          Plaintiff,

v.          Case No.: 1:19–cr–00733 *SEALED*
          Honorable Jeffrey T. Gilbert

Erick Bustamante, et al.
          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 23, 2019:

MINUTE entry before the Honorable Jeffrey T. Gilbert: The United States' Motion to Unseal the Complaint and Affidavit as to Defendants Bustamante and Owens [7] is granted in part to the extent that the Government is authorized to disclose the Complaint and Affidavit to Defendants Bustamante and Owens at their initial appearances in this case on 9/23/19. The Motion to Unseal, however, is denied in all other respects. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.